AARON D. FORD
  Attorney General
DENNIS W. HOUGH, Bar No. 11995
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1254
E-mail: dhough@ag.nv.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FRED ZINSER,

               Plaintiff,

vs.

SHANNON MOYLE.,

               Defendant.

Case No. 3:18-cv-00090-MMD-WGC

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed by and between Plaintiff, Fred Zinser, and all Defendants in this matter, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Dennis Hough, Deputy Attorney General, that the above-captioned matter is dismissed with prejudice, and each party will bear their own attorney fees and costs.

_____
Fred Zinser, Plaintiff
*Pro Se*

Dated: 6/3/19

AARON D. FORD
Attorney General

By: _____
Dennis Hough NVBAR # 11995)
Deputy Attorney General
Attorneys for Defendants

Dated: 6/5/19

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

Dated: June 6, 2019

1

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 5th day of June, 2019, I caused to be deposited for mailing in the U.S. Mail a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to the following

Mr. Fred Zinser
310 Maine Street, Apt #7
Reno, NV 89502

_____
An employee of the
Office of the Attorney General